IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Metecia Smith, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00775 |
| v. | : | Judge Marbley |
| E. Darren McNeal, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Metecia Smith brings this action alleging that defendant committed malpractice. This matter is before the Court on Magistrate Judge Abel's September 16, 2009 Report and Recommendation that defendant that this action is barred by the one year statute of limitations for malpractice actions.

No objections have been filed to the Report and Recommendation. Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendant. This action is hereby **DISMISSED.**

    s/Algenon L .Marbley
Algenon L. Marbley, Judge
United States District Court